IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| QWEST CORPORATION, a Colorado corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 01-1005-JE |
| CITY OF PORTLAND, an Oregon municipal corporation, | ) ) ) | ORDER |
| Defendant, | ) ) | |
| THE CITY OF ASHLAND, an Oregon municipal corporation; THE CITY OF HAPPY VALLEY, an Oregon municipal corporation; THE CITY OF KEIZER, an Oregon municipal corporation; THE CITY OF NORTH PLAINS, an Oregon municipal corporation; THE CITY OF PENDLETON, an Oregon municipal corporation; THE CITY OF REDMOND, an Oregon municipal corporation; THE CITY OF SALEM, an Oregon municipal corporation; THE CITY OF SPRINGFIELD, an Oregon municipal corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants in Intervention. | ) ) | |

ORDER - 1

JELDERKS, Magistrate Judge:

THIS MATTER having come before the undersigned Judge of the above-entitled Court upon Qwest Corporation's Motion for Voluntary Dismissal of the Cities of Happy Valley, Keizer, Pendleton, Redmond, Salem, and Springfield, and the Court having reviewed the pleadings and documents filed in connection therewith and in opposition thereto,

NOW, THEREFORE, the Court, being fully advised in the premises,

ORDERS, ADJUDGES and DECREES that Qwest Corporation's Motion for Voluntary Dismissal of the Cities of Happy Valley, Keizer, Pendleton, Redmond, Salem, and Springfield is GRANTED. Qwest Corporation's counterclaims against the cities of Happy Valley, Keizer, Pendleton, Redmond, Salem, and Springfield are dismissed with prejudice and without an award of fees and costs to any party.

DATED this 30th day of January, 2006.

/s/ John Jelderks
John Jelderks
U.S. Magistrate Judge